UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BRAINSTORM XX, LLC<br>d/b/a WWW.ROBOCALLS.CASH, and<br>LEE "DOC" COMPTON<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN DOE 1, a/k/a PETER BERGMAN, a/k/a JOSH KING, individually and/or d/b/a ROBOCALLSCASH.NET, and ROBOCALLSCASHKIT.COM; ROBOCALLSCASH.NET, an entity using an assumed name; ROBOCALLSCASHKIT.COM, an entity using an assumed name; and JOHN DOES 2-9; and JANE DOES 1-9,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:20-cv-00554-ALM |

**PLAINTIFF BRAINSTORM XX, LLC'S AND LEE "DOC" COMPTON'S
MOTION FOR *EX PARTE* TEMPORARY RESTRAINING ORDER,
and REQUESTS FOR EXPEDITIED DISCOVERY and EXPEDITED TRO HEARING**

Plaintiffs, **BRAINSTORM XX, LLC d/b/a <u>WWW.ROBOCALLS.CASH</u>**, and

**LEE "DOC" COMPTON**, (collectively, "Plaintiff") having filed their Complaint for Permanent

Injunction and Other Equitable Relief (Complaint), now files this Motion for an *Ex Parte*

Temporary Restraining Order and Request for Expedited Discovery (Motion for TRO). Plaintiff

respectfully requests this Court enter a Temporary Restraining Order (TRO) against John Doe 1,

A/K/A Peter Bergman, A/K/A Josh King, Individually and/or D/B/A ROBOCALLSCASH.NET,

**<u>PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER - Page 1</u>**

and ROBOCALLSCASHKIT.COM; ROBOCALLSCASH.NET, an entity using an assumed name; ROBOCALLSCASHKIT.COM, an entity using an assumed name; and John Does 2-9 and Jane Does 1-9, (Defendants).

     Defendants are running copycat websites, selling a copycat product, designed to look like and sound like Plaintiff's authentic product. Indeed, Defendants have taken videos featuring Plaintiff Lee "Doc" Compton as if Defendants are associated with Compton or selling his Authentic product. Plaintiff seeks a TRO to stop Defendants' deception before more consumers are injured. The evidence and authorities filed simultaneously with this TRO Motion demonstrate that the Court should enter the proposed TRO because Plaintiff is likely to prevail on the merits. Specifically, Defendants copycat product is inferior, and consumers are frequently calling to Plaintiff to complain, only to find out they have fraudulently been sold a product not associated with Lee "Doc" Compton.

     Worse, Defendants are hiding behind Internet secrecy to prevent consumers and Plaintiff from determining who the Defendants are or how to stop their conduct, which violates the Lanham Act's prohibition of causing confusion as to the source of a product.

     Plaintiff seeks an Ex Parte TRO with an injunction of illegal activities, expedited discovery of third-parties in privity with Defendants, other equitable relief, and an order to show cause why a preliminary injunction should not issue pursuant to the Lanham Act at Section 43(a)(1)(A), which makes liable, "[a]ny person who ... uses in commerce any word, term, name, symbol, or device, ... which ... is likely to cause confusion, or to cause mistake ... as to the origin, sponsorship, or approval of his or her goods, services, or commercial activities by another person." 15 U.S.C. § 1125(a)(1)(A). Plaintiff attaches a proposed TEMPORARY RESTRAINING ORDER.

**PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER - Page 2**

As grounds for this request, Plaintiff states that Defendants have and will likely continue to engage in acts and practices that violate Section 43(a)(1)(A) of the Lanham Act, as set forth in Plaintiff's Complaint. A supporting memorandum of points and authorities, declarations containing attachments, and the proposed TRO, are being filed simultaneously with this motion and are incorporated herein by reference.

Pursuant to Rule 65(b) (1) (A-B), the Plaintiffs provide specific facts in an appendix and verified brief, and counsel has certified the reasons why prior notice should not be required.

Pursuant to Rule 65(c), Plaintiff is prepared to provide security by posting a bond.

Pursuant to Local Rule 7.8, Plaintiff respectfully requests an expedited hearing on Plaintiffs' TRO Motion within five (5) days of filing of this matter.

**WHEREFORE,** Plaintiffs Lee Compton and BRAINSTORM XX, LLC, d/b/a www.robocalls.cash, seeks relief against Defendants, and all others acting in concert or privity with or on behalf of the Defendants, as follows:

1. That the Court hold an expedited *ex parte* hearing on Plaintiffs' TRO Motion within five (5) days of filing of this matter;

2. That the Court enter the proposed Temporary Restraining Order filed with this Motion; or

3. That the Court enter a Temporary Restraining Order that

   a. requires the websites Robocallscash.net and Robocallscashkit.com to be shut down or have a single page that states the website is temporarily unavailable to conduct business:

b. requires the cessation of pay-by-click or other Internet advertising directing consumers searching for Plaintiff's website to Robocallscash.net or Robocallscashkit.com;

c. requires any party in privity with Defendants to identify to Plaintiffs the owner, operator, registrant, payor, and/or controller of Robocallscash.net and Robocallscashkit.com within 5 business days;

d. bans Defendants from the manufacture, distribution, sales, offering for sale, holding for sale, or advertising any products, merchandise or goods bearing the name, trademark of Plaintiff Brainstorm, or likeness of Plaintiff Compton, or any colorable variations or imitations thereof;

e. bans Defendants from representing that any products, merchandise or goods manufactured, distributed, sold, held for sale or advertised by them is sponsored or authorized by Plaintiffs in this district or in any other district in which Plaintiffs seeks to enforce this Court's injunction order;

f. Sets this action for a preliminary injunction hearing; and

g. all such other relief in law or equity as the Court deems to be just and proper.

RESPECTFULLY SUBMITTED,

*/s/ Eric N. Roberson*

Eric Roberson
Texas State Bar No. 00792803
Kilgore & Kilgore, PLLC
3109 Carlisle Street
Dallas, TX 75204
214-379-0817 Direct
214.969.9099
214.379.0843 Fax
ENR@KilgoreLaw.com
**Attorney for Plaintiffs**

**PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER - Page 4**