# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| BRAINSTORM XX, LLC | § | |
| d/b/a WWW.ROBOCALLS.CASH, and | § | |
| LEE "DOC" COMPTON | § | |
| | § | |
| v. | § | Civil Action No.  4:20cv554 |
| | § | Judge Mazzant |
| JOHN DOE 1, a/k/a PETER BERGMAN, | § | |
| a/k/a JOSH KING, individually and/or d/b/a | § | |
| ROBOCALLSCASH.NET, and | § | |
| ROBOCALLSCASHKIT.COM; | § | |
| ROBOCALLSCASH.NET, an entity using | § | |
| an assumed name; | § | |
| ROBOCALLSCASHKIT.COM, an entity | § | |
| using an assumed name; and JOHN DOES | § | |
| 2-9; and JANE DOES 1-9 | § | |

### ORDER

It is hereby **ORDERED** that Plaintiffs shall file a Status Report informing the Court of

the status of this case no later than July 17, 2025.

**SIGNED this 7th day of July, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE