# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

BRAINSTORM XX, LLC       §
d/b/a WWW.ROBOCALLS.CASH, and  §
LEE "DOC" COMPTON       §
                              §   CIVIL ACTION NO.  4:20CV554
v.                            §   JUDGE MAZZANT
                              §
JOHN DOE 1, a/k/a PETER      §
BERGMAN, a/k/a JOSH KING,    §
individually and/or d/b/a       §
ROBOCALLSCASH.NET, and     §
ROBOCALLSCASHKIT.COM;    §
ROBOCALLSCASH.NET, an entity  §
using an assumed name;       §
ROBOCALLSCASHKIT.COM, an  §
entity using an assumed name; and   §
JOHN DOES 2-9; and         §
JANE DOES 1-9           §

## <u>ORDER OF DISMISSAL</u>

This case has been pending on the Court's docket since July 17, 2020.  The case was administratively closed on May 26, 2022, pending Plaintiffs' identification of Defendants (*see* Order Dkt. #11).  Following Plaintiffs' Notice of Reopening (Dkt. #13) on July 15, 2022, in which Plaintiffs notified the Court that they were ready to proceed in this matter, the Court entered an Order directing the Clerk to reopen the case.

The docket reflects that the next filing in this matter was an Order (Dkt. #18) entered by the undersigned on July 7, 2025, ordering Plaintiffs to file a Status Report informing the Court of the status of this case no later than July 17, 2025.  To date, Plaintiffs have not filed a Status Report in accordance with the Court's Order.

A district court may dismiss an action for failure to prosecute or to comply with an order of the court.  *See generally McCullough v. Lynaugh*, 835 F.2d 1126 (5th Cir. 1988); *Magnuson v.*

*Electronic Data Systems Corp.*, 252 F.3d 436, 2001 WL 360841 (5th Cir. 2001); *Beard v. Experian Information Solutions Inc.*, 214 F. App'x  459 (5th Cir. 2007); Fed. R. Civ. P. 41(b).  Plaintiffs failed to comply with an order of the Court and failed to prosecute this action.

It is therefore **ORDERED** that Plaintiffs' case is hereby **DISMISSED** without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

**SIGNED this 26th day of August, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

2